JS-6

# UNITED STATE DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EKATERINA IM, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipal corporation; DOES 1 through 20, individually and in their official capacity as members of the CITY OF LOS ANGELES Police Department; POLARIS PROPERTY MANAGEMENT, LLC, a corporation; DOES 21 through 30, individually and in their capacity as employees, agents, and/or independent contractors of POLARIS PROPERTY MANAGEMENT; DOES 31 through 40, individually and in their capacity as owners of the property at 121 E. 6th St., Los Angeles, CA; and DOES 41 through 50 individually and in their capacity as the security company and/or security guards for the Santa Fe Lofts, located at 121 E. 6thSt., Los Angeles, CA,<br><br>Defendants. | **Case No.: 2:22−cv−06548-PA-AS**<br>*(Hon. Judge Percy Anderson (Hon. Magistrate Judge Alka Sagar))*<br><br>**ORDER GRANTING STIPULATION TO DISMISSAL OF PLAINTIFF'S ENTIRE ACTION WITHOUT PREJUDICE** |

Case No. 2:22−cv−06548-PA-AS

[PROPOSED] ORDER GRANTING STIPULATION TO DISMISSAL OF PLAINTIFF'S ENTIRE
ACTION WITHOUT PREJUDICE

1  On February 23, 2023, the Parties filed their Stipulation to Dismissal of Plaintiff's Entire Action Without Prejudice.

Having considered the Stipulation, the Court hereby GRANTS the Stipulation and ORDERS that Plaintiff's First Cause of Action pursuant to 42 U.S.C. § 1983 for Violation of the 4th Amendment Excessive Force against DOES 1 through 10, and Second Cause of Action pursuant to 42 U.S.C. § 1983 for Municipal Liability for Unconstitutional Custom or Policy [Monell] against Defendants City of Los Angeles and DOES 11 through 20, and remaining State Claims (Third through Ninth Cause of Actions), are dismissed without prejudice.

Plaintiff to file all State claims (Third through Ninth Cause of Actions) in State Court within 30 days of this dismissal.

Each party shall bear their own fees and costs as to the dismissed causes of action.

**IT IS SO ORDERED.**

Dated: February 23, 2023

_____
PERCY ANDERSON
United States District Judge